UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

RONALD C. ROBERTSON                                                            PLAINTIFF

VERSUS                                                     CIVIL ACTION NO. 1:14CV53-RHW

CAROLYN W. COLVIN
COMMISSIONER, UNITED STATES
SOCIAL SECURITY ADMINISTRATION                                          DEFENDANT

## FINAL JUDGMENT

In accordance with the requirement for the filing of a separate document pursuant to Federal Rule of Civil Procedure 58(a), and based on the reasons set forth in the Memorandum Opinion and Order entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter. The Court entered on this day a Memorandum Opinion and Order granting Plaintiff Ronald C. Robertson's motion for summary judgment and remanding the matter to Commissioner of Social Security for further consideration.

IT IS ORDERED AND ADJUDGED that this matter is REMANDED to the Commissioner of Social Security for further proceedings consistent with the Court's Memorandum Opinion and Order entered this date.

SO ORDERED, this the 6th day of April, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE